**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JOHNNIE HILL                                                                                        PLAINTIFF
ADC #82167

v.                                        NO. 5:07CV00270 JLH/BD

LARRY NORRIS                                                                                        DEFENDANT

## <u>ORDER</u>

The Court has received the Recommended Disposition from Magistrate Judge Beth

Deere.  After careful review of the Recommended Disposition, the timely objections received

thereto, as well as a  *de novo* review of the record, the Court concludes that the Recommended

Disposition should be, and hereby is, approved and adopted as this Court's findings with one

exception.  A careful review of the complaint and the exhibits attached thereto confirms that

plaintiff is being confined in single-cell housing as a result of his reclassification following

enactment of the Prison Rape Elimination Act of 2003, codified at 42 U.S.C. §§ 15601 et seq.

As Magistrate Judge Deere correctly held, confinement to single-cell housing is not an atypical

and significant hardship.  *Phillips v. Norris*, 320 F.3d 844, 847 (8th Cir. 2003).  Consequently,

the complaint alleges no violation of a constitutionally protected liberty interest.  Therefore, even

if the complaint is construed as challenging the constitutionality of the Prison Rape Elimination

Act, Plaintiff has no standing to challenge the Act.

Accordingly, the Court hereby DISMISSES Plaintiff's complaint with prejudice.  The

dismissal will count as a "strike" against Plaintiff under 28 U.S.C. § 1915(g).  The Motion for

Leave to Proceed *In Forma Pauperis* is DENIED as moot.

IT IS SO ORDERED this 28th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE