IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOHNNIE HILL**  **PLAINTIFF**
**ADC #82167**

**v.**  **NO. 5:07CV00270 JLH/BD**

**LARRY NORRIS**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE